IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA

Plaintiff

vs                                                              CRIMINAL 13-0534CCC

**94) GABRIEL A. SANTIAGO-RIVERA**,
a/k/a "Gaby," "Calva Loca"
(Counts ONE through FIVE)

Defendant

## ORDER

Having considered the Report and Recommendation filed on August 14,
2014 (**docket entry 1666**) on a Rule 11 proceeding of defendant
[94] Gabriel A. Santiago-Rivera before U.S. Magistrate-Judge Silvia
Carreño-Coll on August 12, 2014, to which no objection has been filed, the
same is APPROVED.  Accordingly, the plea of guilty of defendant is accepted.
The Court FINDS that his plea was voluntary and intelligently entered with
awareness of his rights and the consequences of pleading guilty and contains
all elements of the offense charged in the indictment.

This case was referred to the U.S. Probation Office for preparation of a
Presentence Investigation Report since August 12, 2014.  The **sentencing
hearing is set for November 13, 2014 at 4:15 PM**.

The U.S. Probation Officer is reminded that, should any objections be
raised by defendant to the PreSentence Report, the Addendum to said
PreSentence Report must specifically identify any unresolved objections, the
grounds for the objections, and the U.S. Probation Officer's comments on
them, as required by Fed. R. Crim. P. 32(g).  The party that raised the
unresolved objections shall, **within twenty-four (24) hours** after the

CRIMINAL 13-0534CCC                    2

Addendum is disclosed, state in writing whether it will insist that the unresolved objections be ruled upon by the Court.  Failure to do so will be deemed by the Court as a withdrawal of the unresolved objections.

SO ORDERED.

At San Juan, Puerto Rico, on September 5, 2014.

S/CARMEN CONSUELO CEREZO
United States District Judge